UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                          Case No. 14 B 25616

    Lauren Jenkins

        Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on 07/11/2014.

    2) The plan was confirmed on 11/05/2014.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/05/2014.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

    5) The case was Converted on 11/30/2016.

    6) Number of months from filing to last payment: 28.

    7) Number of months case was pending: 32.

    8) Total value of assets abandoned by court order: NA.

    9) Total value of assets exempted: NA.

    10) Amount of unsecured claims discharged without payment: $0.00.

    11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $15,103.28 |
| Less amount refunded to debtor | $987.67 |

**NET RECEIPTS:** $14,115.61

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,980.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $544.47 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,524.47

Attorney fees paid and disclosed by debtor:     $375.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Account Recovery Service | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 1,300.00 | 1,348.67 | 1,348.67 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 52.00 | 51.78 | 51.78 | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 0.00 | 502.98 | 502.98 | 0.00 | 0.00 |
| Archerfield Funding LLC | Unsecured | 200.00 | 2,040.01 | 2,040.01 | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 614.84 | 614.84 | 614.84 | 0.00 | 0.00 |
| Automotive Credit | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Blast Fitness | Unsecured | 20.99 | NA | NA | 0.00 | 0.00 |
| Buckeye Check Cashing of IL, LLC | Unsecured | 462.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank USA NA | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| Cerastes | Unsecured | 0.00 | 590.00 | 590.00 | 0.00 | 0.00 |
| Cerastes | Unsecured | 0.00 | 590.00 | 590.00 | 0.00 | 0.00 |
| Cerastes | Unsecured | 0.00 | 350.00 | 350.00 | 0.00 | 0.00 |
| Cerastes | Unsecured | 0.00 | 480.00 | 480.00 | 0.00 | 0.00 |
| Certified Services Inc | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago | Unsecured | 444.00 | NA | NA | 0.00 | 0.00 |
| Community Hospital | Unsecured | 162.00 | 150.00 | 150.00 | 0.00 | 0.00 |
| Credit Acceptance Corp | Secured | 10,306.00 | 10,525.65 | 10,525.65 | 5,407.34 | 988.94 |
| Department Of Education | Unsecured | 58,050.00 | 58,479.04 | 58,479.04 | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 49,546.00 | 50,100.13 | 50,100.13 | 0.00 | 0.00 |
| Everest Receivables | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Express Cash Mart of Illinois LLC | Unsecured | 426.00 | 350.00 | 350.00 | 0.00 | 0.00 |
| Harvard Collections | Unsecured | 2,504.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 0.00 | 405.32 | 405.32 | 0.00 | 0.00 |
| Illinois Laboratory Medicine | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 0.54 | 0.54 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Secured | 13,352.00 | 13,352.54 | 13,352.00 | 2,085.52 | 1,109.34 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 487.00 | 487.00 | 0.00 | 0.00 |
| Municipal Collection Service | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| P & H Properties LLC | Unsecured | 2,400.00 | 8,367.00 | 8,367.00 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 296.00 | 318.67 | 318.67 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Regional Recovery Serv | Unsecured | 2,996.00 | NA | NA | 0.00 | 0.00 |
| Trident Asset Management | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| Uncle Warbucks | Unsecured | 0.00 | 1,840.00 | 1,840.00 | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 62.29 | NA | NA | 0.00 | 0.00 |
| Village of Lansing | Unsecured | 348.97 | NA | NA | 0.00 | 0.00 |
| Webbank-Fingerhut | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $23,877.65 | $7,492.86 | $2,098.28 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$23,877.65** | **$7,492.86** | **$2,098.28** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$127,065.98** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,524.47 |
| Disbursements to Creditors | $9,591.14 |
| **TOTAL DISBURSEMENTS :** | **$14,115.61** |

**UST Form 101-13-FR-S (9/1/2009)**

    12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/27/2017                               By: /s/ Marilyn O. Marshall
                                                                                  Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**